[No. 11638–0–I.   Division One.   July 25, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIO
BOB GIOVINCO, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 82–1–00007–1, Byron L. Swedberg, J.,
entered April 11, 1982. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by Durham, A.C.J., and Cal-
low, J.


[No. 5967–3–II.   Division Two.   July 25, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR
VERNON SWANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 54579, Waldo F. Stone, J., entered October 22,
1981. *Reversed* and *remanded* by unpublished opinion per
Petrie, J., concurred in by Petrich, C.J., and Reed, J.


[Nos. 4893–4–III; 4987–6–III.   Division Three.   July 26, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN
N. BUCKLEY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
G. WHITE, *Appellant*.

Appeals from judgments of the Superior Court for
Franklin County, Nos. 4311, 4310, Albert J. Yencopal, J.,
entered December 2, 1981, and January 18, 1982. *Affirmed*
by unpublished opinion per Munson, J., concurred in by
Roe, C.J., and Green, J.